

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-20-00092-CV

HAIGHT FAMILY, LLC, Appellant

V.

WHITE BLUFF PROPERTY OWNERS ASSOCIATION, INC., Appellee

On Appeal from the 66th District Court
Hill County, Texas
Trial Court No. CV446-18DC

Before Morriss, C.J., Burgess and Stevens, JJ.

# ORDER

The parties have filed a motion seeking to abate this matter to the trial court for purposes of effectuating their settlement agreement.  We grant the parties' motion and hereby abate the appeal to the trial court until July 19, 2021.  *See* TEX. R. APP. P. 42.1(a)(2)(C).

If the settlement has been effectuated by July 19, the appellant is instructed to file a motion to reinstate and dismiss the appeal in accordance with the parties' settlement agreement. If the settlement agreement has not been effectuated by July 19, the appellant is instructed to file a report informing this Court of the status of the matter and requesting any necessary extension of the abatement.

IT IS SO ORDERED.

BY THE COURT

Date:  April 19, 2021